**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PETER M. TRAINA,**

    **Plaintiff,**

v.                                                      Case No.  8:06-cv-1130-T-30MAP

**INTELLECT TECHNICAL SOLUTIONS, INC.,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised via a Joint Notice of Settlement (Dkt. #11) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on October 16, 2006.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-1130.dismissal 11.wpd